# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Robyn A. Casey, | ) | Bankruptcy No. 15-21563-JAD |
| Debtor, | ) ) ) | Chapter 13 |
| Robyn A. Casey, | ) ) | |
| Movant, | ) | Document No. |
| v. | ) ) | Related to Document No. |
| Wells Fargo Bank, N.A., | ) ) | |
| Respondent. | ) | |

## DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant to the Order of Court entered on May 18, 2017, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears that the Debtor's existing payment is sufficient to fund the plan even with the proposed payment change in the amount of $1,135.07 effective July 1, 2017.

The new post-petition monthly payment payable to Movant is $1,135.07, effective July 1, 2017, per the Notice dated May 17, 2017. The monthly plan payment is sufficient for the payment change.


Dated: June 7, 2017                             /s/Brian C. Thompson, Esquire
                                                Brian C. Thompson
                                                PA ID: 91197
                                                Thompson Law Group, P.C.
                                                125 Warrendale-Bayne Rd., Suite 200
                                                Warrendale, PA 15086
                                                (724) 799-8404 Telephone
                                                (724) 799-8409 Facsimile
                                                bthompson@thompsonattorney.com