# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Robyn A. Casey, | ) | Bankruptcy No. 15-21563-JAD |
| Debtor, | ) ) | |
| | ) | Chapter 13 |
| Robyn A. Casey, | ) ) | |
| Movant, | ) | Document No. |
| v. | ) ) | Related to Document No. |
| Wells Fargo Bank, N.A., | ) ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

I, Meghan Hodge, Paralegal, certify under penalty of perjury that I served the Declaration of Sufficient Plan Funding on the following parties at the addresses listed below on June 17, 2016, via electronic communication and/or first class mail postage prepaid:

Wells Fargo Bank, N.A.
3815 South West Temple
PO Box 65250
Salt Lake City, UT 84115

Matthew C. Waldt, Esquire
Milstead & Associates, LLC
1 E. Stow Road
Marlton, NJ 08053

Dated: June 7, 2017
/s/Meghan Hodge
Meghan Hodge, Paralegal
125 Warrendale-Bayne Rd., Suite 200
Warrendale, Pennsylvania 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mhodge@thompsonattorney.com